IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:13CR96-5-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v ) | ORDER |
| ) | |
| KEON MAURQUIE GAITHER, a/k/a ) | |
| "Sleepy" ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss filed on July 2, 2014. (Doc. 126.)

On June 25, 2014, Defendant Gaither pleaded guilty to a Bill of Information in Docket No. 5:14CR34 before the Magistrate Court in the Western District of North Carolina. The plea agreement in that matter resolved the charges contained in the instant matter. Therefore, dismissal is proper.

**IT IS, THEREFORE, ORDERED** that the United States Motion to Dismiss the Original Bill of Indictment, First Superseding Bill of Indictment and Second Superseding Bill of Indictment is **GRANTED.**

Signed: July 2, 2014

Richard L. Voorhees
United States District Judge